IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TONEY TUCK, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV. NO. 2:03cv850-D |
| | ) | WO |
| STEPHEN BULLARD, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

This cause comes before the court on the Recommendation of the Magistrate Judge, filed April 27, 2005, and Petitioner's Objection thereto, filed May 12, 2005. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation and Objection, it is ORDERED as follows:

1. Petitioner's Objection be and the same is hereby OVERRULED;

2. the Recommendation of the Magistrate Judge be and the same is hereby ADOPTED, APPROVED and AFFIRMED;

3. the petition for habeas corpus relief be and the same is hereby DENIED; and

4. this case be and the same is hereby DISMISSED with prejudice.

Done this 20th day of May, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE